Clerk is directed to enter judgment against Petitioner and to close this case.

ORDERED in Tampa, Florida, on  April 28, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Pro se:  James Norman Bonner